940 A.2d 297

IN THE MATTER OF DAVID J. WITHERSPOON,
AN ATTORNEY AT LAW.

February 14, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–171, concluding that **DAVID J. WITHER-SPOON** of **NEWARK,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 1.4(b) (failure to keep client reasonably informed about the status of matter) and *RPC* 1.4(c) (failure to explain matter to the extent reasonably necessary to permit informed decisions), and good cause appearing;

It is ORDERED that **DAVID J. WITHERSPOON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.